# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    *Defendant.* | Civil Action No. 7:25-cv-00252-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION

Plaintiff Intellectual Ventures II LLC ("Plaintiff") and Defendant Southwest Airlines Co. ("Defendant" or "Southwest") (collectively, the "Parties") jointly stipulate and request that the Court transfer this matter to the United States District Court for the Northern District of Texas, Dallas Division. The Parties have met and conferred and hereby stipulate, by and through their respective counsel of record, as follows:

1. WHEREAS, on November 2, 2024, Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV") filed a Complaint for Patent Infringement against Southwest asserting infringement U.S. Patent Nos. 8,332,844 ("the '844 Patent"), 8,407,722 ("the '722 Patent"), 7,949,785 ("the '785 Patent"), 8,027,326 ("the '326 Patent"), 7,324,469 ("the '469 Patent"), and 7,257,582 ("the '582 Patent") (collectively, the "First Wave Patents-in-Suit"). *See Intellectual Ventures I LLC, et al. v. Southwest Airlines Co.*, Case No. 7:24-cv-00277-ADA ("First Wave"), ECF No. 1;

2. WHEREAS, on February 28, 2025, Southwest filed a Motion to Transfer Venue from this Court to the Northern District of Texas, Dallas Division, under 28 U.S.C. § 1404(a) ("First Wave Transfer Motion"). *See* First Wave, ECF No. 21. Thereafter, IV conducted venue-related

discovery, and on May 28, 2025, IV filed an Opposition to Southwest's First Wave Transfer Motion. *See* First Wave, ECF Nos. 26 & 41. On June 11, 2025, Southwest filed a Reply in Support of its First Wave Transfer Motion. *See* First Wave, ECF No. 45. On June 13, 2025, Southwest filed a Status Report regarding its First Wave Transfer Motion. *See* First Wave, ECF No. 47;

    3.    WHEREAS, on May 23, 2025, IV filed an Unopposed Motion for Leave to File Amended Complaint adding the following U.S. Patent Nos. in addition to the First Wave Patents-in-Suit: (1) 7,712,080 ("the '080 Patent"); (2) 7,721,282 ("the '282 Patent"); (3) 8,352,584 ("the '584 Patent"); (4) 11,032,000 ("the '000 Patent"); and (5) 7,822,841 ("the '841 Patent") (collectively, "Second Wave Patents-in-Suit"). *See* First Wave, ECF No. 37. On May 27, 2025, Southwest filed a Notice of Partial Opposition to IV's Unopposed Motion for Leave contending that Southwest had only agreed to allow IV to add **four** additional patents, **not five**. *See* First Wave, ECF No. 39. On May 29, 2025, IV filed a Response to Southwest's Notice of Partial Opposition. *See* First Wave, ECF No. 42. And on May 30, 2025, out of an abundance of caution, Plaintiff also filed a separate Complaint for Patent Infringement asserting the '841 Patent (one of the five Second Wave Patents-in-Suit), and Notice of Related Case to the First Wave in this case. *See* ECF Nos. 1 & 2;

    4.    WHEREAS, on July 2, 2025, the Court issued a Text Order Granting IV's Unopposed Motion for Leave to File Amended Complaint (ECF No. 37). *See* First Wave, July 2, 2025 Text Order. On September 2, 2025, IV filed a Second Amended Complaint asserting both the First Wave Patents-in-Suit and Second Wave Patents-in-Suit. *See* First Wave, ECF No. 64. On October 8, 2025, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice of the '841 Patent as the Court's July 2, 2025 Text Order granted IV's motion for leave to add all 5 of the

Second Wave Patents-in-Suit, and consequently, the '841 Patent was asserted in both lawsuits. *See* First Wave, ECF No. 70;

5. WHEREAS, on August 11, 2025, Defendant filed a Motion to Transfer Venue to the United States District Court for the Northern District of Texas, Dallas Division, under 28 U.S.C. § 1404(a) in this case ("Second Wave Transfer Motion"). *See* ECF No. 16. Thereafter, Plaintiff conducted venue-related discovery in this case. *See* ECF No. 17. Plaintiff's opposition to Defendant's Second Wave Transfer Motion is currently due November 10, 2025. *See* ECF No. 22.

6. WHEREAS, on October 23, 2025, the Court issued a [Sealed] Order Granting Defendant's Motion to Transfer the First Wave. *See* First Wave, ECF No. 79;

7. WHEREAS, the First Wave was transferred from this Court to the United States District Court for the Northern District of Texas, Dallas Division. *See* ECF No. 80; and

8. WHEREAS, the Parties agree to transfer this case to the United States District Court for the Northen District of Texas, Dallas Division, to promote judicial efficiency and conserve resources.

IT IS HEREBY STIPULATED AND AGREED that this case should be transferred to the United States District Court for the Northen District of Texas, Dallas Division.

IT IS SO STIPULATED.

Dated: November 10, 2025                          RESPECTFULLY SUBMITTED,

By: */s/ S. Wallace Dunwoody*                     By: */s/ Jonathan K. Waldrop*
    S. Wallace Dunwoody                                  Jonathan K. Waldrop (CA Bar No. 297903)
    State Bar No. 24040838                               (Admitted in this District)
    wdunwoody@munckwilson.com                            jwaldrop@kasowitz.com
    Michael C. Wilson                                    Marcus A. Barber (CA Bar No. 307361)
    State Bar No. 21704590                               (Admitted in this District)
    mwilson@munckwilson.com                              mbarber@kasowitz.com
    **Munck Wilson Mandala, LLP**                        John W. Downing (CA Bar No. 252850)
    2000 McKinney Avenue, Suite 1900                     (Admitted in this District)
    Dallas, TX 75201                                     jdowning@kasowitz.com
    (972) 628-3636; (972) 628-3600                       Heather S. Kim (CA Bar No. 277686)
    (972) 628-3616 fax                                   (Admitted in this District)
                                                         hkim@kasowitz.com
    David G. Henry                                       ThucMinh Nguyen (CA Bar No. 304382)
    Texas Bar. No. 09479355                              (Admitted in this District)
    dhenry@munckwilson.com                               tnguyen@kasowitz.com
    **Munck Wilson Mandala, LLP**                        Jonathan H. Hicks (CA Bar No. 274634)
    510 Austin Avenue, Suite 3100                        (Admitted in this District)
    Waco, Texas 76701                                    jhicks@kasowitz.com
    (254) 362-2300                                       **KASOWITZ LLP**
    (254) 362-2304 fax                                   101 California Street, Suite 3950
                                                         San Francisco, California 94111
    Tri T. Truong                                        Telephone: (415) 421-6140
    Texas State Bar No. 24102969                         Facsimile: (415) 358-4408
    ttruong@munckwilson.com
    **Munck Wilson Mandala, LLP** 807                    Jeceaca An (NY Bar No. 5849898)
    Las Cimas Parkway, Suite 300                         (Admitted in this District)
    Austin, Texas 78756                                  jan@kasowitz.com
    737-201-1600                                         **KASOWITZ LLP**
    737-201-1601 fax                                     1633 Broadway
                                                         New York, NY 10019
    *Attorneys for Southwest Airlines Co.*               Telephone: (212) 506-1700
                                                         Facsimile: (212) 506-1800

                                                         Paul G. Williams (GA Bar No. 764925)
                                                         (Admitted in this District)
                                                         pwilliams@kasowitz.com
                                                         **KASOWITZ LLP**
                                                         1230 Peachtree Street, N.E., Suite 2445
                                                         Atlanta, Georgia 30309
                                                         Telephone: (404) 260-6102
                                                         Facsimile: (404) 393-9752

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiff*
***INTELLECTUAL VENTURES II LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served or delivered electronically to all counsel of record, on November 10, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
